

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00086-CR

VIRGINIA ADAMS,

                                                    Appellant

 v.

THE STATE OF TEXAS,

                                                    Appellee

From the 361st District Court
Brazos County, Texas
Trial Court No. 18-04769-CRF-361

## ABATEMENT ORDER

Virginia Adams has appealed her conviction and sentence. Adams' appellate attorney has filed an *Anders* brief. This Court issued a letter on January 3, 2022 notifying Adams of her right to review the record and to file a written response to the *Anders* brief. On the same date, the Court received a letter from Adams requesting appointment of a new attorney. Adams expresses dissatisfaction with her appellate attorney's representation. Considering Adams' allegations, we abate this case to the trial court for a determination of whether Adams is entitled to appointment of new

counsel. The trial court shall hold a hearing on Adams' request within thirty (30) days from the date of this Order. If the trial court determines that Adams is entitled to a new attorney, the trial court shall notify this Court of the identity of Adams' new attorney within ten (10) days.

PER CURIAM

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Wright[1]
Abatement order
Order delivered and filed January 14, 2022
RWR



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.